IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

JANIS SHUMWAY,

Plaintiff(s),

v.

BROMPTON HOTEL INVESTMENTS, LLC,
d/b/a Majestic Hotel,

Defendant(s).

Case No. 21C 2071
Judge Charles P. Kocoras

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor Plaintiff Janis Shumway and against Defendant Brompton Hotel Investments LLC. d/b/a Majestic Hotel in amount of $3,252.50.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on a motion for default judgment.

Date: 10/29/2021                    Thomas G. Bruton, Clerk of Court

                                    Vettina Franklin, Deputy Clerk